1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CABN 195046)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-0910
7      FAX: (408) 535-5066
       Email: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

10

11                         UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,           )   No.  CR 10-00564 JW
                                        )
15          Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                        )   ORDER TO CONTINUE STATUS
16      v.                              )   CONFERENCE FROM MARCH 21, 2011
                                        )   TO APRIL 25, 2011
17  MARK ORTIZ,                         )
                                        )
18          Defendant.                  )   Date:   March 21, 2011
                                        )   Time:   1:30 p.m.
19                                      )   Court:  The Hon. James Ware
                                        )
20  _____

21
        The undersigned government counsel appeared at a status conference in the case of co-
22
   defendant, Ericka Ortiz, in the above-captioned matter on March 14, 2011.  At the status
23
   conference in the matter of Ericka Ortiz, this Court set a further status date of April 25, 2011.
24
   On March 14, 2011, this Court requested that government counsel contact undersigned defense
25
   counsel for Mark Ortiz and inquire whether he would consent to a continuance of the status
26
   conference in the matter of Mark Ortiz, currently set for March 21, 2011, until April 25, 2011,
27
   the date of the next status conference in the matter of Ericka Ortiz.  Government counsel did so,
28

   USA'S STIP. TO CONTINUE DATE
   FOR STATUS CONF.
   [CR 10-00564 JW]

1  and counsel for Mark Ortiz has agreed to a continuance of the next status conference until April

2  25, 2011. The parties agree that the time between March 21, 2011 through April 25, 2011 is

3  properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections

4  3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

5  SO STIPULATED:

7                                              MELINDA HAAG
                                               United States Attorney

9  DATED: March 15, 2011                       _____\s_____
                                               ALLISON MARSTON DANNER
10                                             Assistant United States Attorney

12 DATED: March 15, 2011                       _____\s_____
                                               MICHAEL ARMSTRONG
13                                             Attorney for MARK ORTIZ

15     For the foregoing reasons, the Court continues the next status conference in this case

16 from March 21, 2011 to April 25, 2011 at 1:30 p.m. For the reasons stated above, the Court

17 further finds that the ends of justice served by granting the requested continuance outweigh the

18 best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and

19 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from March 21, 2011 through April 25,

20 2011.

22 SO ORDERED.

25 DATED: March 18, 2011                       _____
                                               JAMES WARE
26                                             Chief Judge, United States District Court

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 10-00564 JW]                    -2-