UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 3 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** December 5, 2011 | **Court Reporter:** Summer Fisher |
| **Case No.:** CR-10-00564 EJD | **U.S. Probation Officer:** Benjamin Flores |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

### CASE TITLE

USA v. Mark Ortiz (C)(P)(1)

### APPEARANCES

**Attorney(s) for Government**: Allison Danner
**Attorney(s) for Defendant(s)**: Mark Armstrong

### PROCEEDINGS

**Status Hearing re Sentencing**

### ORDER AFTER HEARING

Hearing held. The Court continued the matter to December 19, 2011 at 1:30 PM for Sentencing proceedings. The Stipulation to continue the matter (Docket Item No. 59) is found as MOOT.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original:** Efiled
**CC:**